666

No. 304.   KELLEY ET AL. *v.* ATLANTIC CITY ET AL.   January 31, 1938.   302 U. S. 722.

No. 626.   ALSOP *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   January 31, 1938.   302 U. S. 767.

No. 321.   JOHNSON, TREASURER OF CALIFORNIA, ET AL. *v.* M. G. WEST Co.   February 7, 1938.   The motion for leave to file petition for rehearing is granted.   The petition for rehearing is denied.   302 U. S. 638.

No. 30.   UNITED STATES EX REL. WILLOUGHBY, TRUSTEE, ET AL. *v.* HOWARD ET AL.   February 7, 1938.   302 U. S. 445.

No. 613.   ALMOURS SECURITIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   February 7, 1938. 302 U. S. 765.

No. 651.   SPRUILL *v.* SERVEN; and
No. 652.   SPRUILL *v.* BALLARD ET AL.   February 7, 1938. 302 U. S. 764.

No. 10.   OCEAN BEACH HEIGHTS, INC., ET AL. *v.* BROWN-CRUMMER INVESTMENT Co. ET AL.   February 14, 1938.   302 U. S. 614.

No. 671.   SCHULTZ *v.* LIVE STOCK NATIONAL BANK ET AL.   February 14, 1938.   302 U. S. 766.

No. 197.   ADAM *v.* SAENGER ET AL.   February 28, 1938. *Ante,* p. 59.